# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1301
Lower Tribunal No. 17-7498

_____


**Samuel Lee Smith, Jr.,**
Appellant,

vs.

**Natasha Katherina Smith,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jason E. Dimitris , Judge.

Samuel Lee Smith, Jr., in proper person.

Alexander Appellate Law P.A., and Samuel Alexander, for appellee.


Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ward v. Waters</u>, 49 Fla. L. Weekly D72, at *2 (Fla. 3d DCA Jan. 3, 2024) (explaining that trial courts possess "substantial discretion in rendering decisions relating to the frequency, timing, duration, and conditions of timesharing" that "must be supported by a finding as to the best interests of the child") (citing <u>Talarico v. Talarico</u>, 305 So. 3d 601, 603 (Fla. 3d DCA 2020) (explaining substantial discretion); and <u>Davis v. Davis</u>, 245 So. 3d 810, 812 (Fla. 4th DCA 2018) (explaining findings related to the best interests of the child)).